UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRION B. SPRINGFIELD, | No. 2:15-cv-2131 KJN P |
| Plaintiff, | |
| v. | ORDER |
| G. HUNTINGTON, et al, | |
| Defendants. | |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff consented to proceed before the undersigned for all purposes.  See 28 U.S.C. § 636(c).

By an order filed March 17, 2016, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants.  On April 5, 2016, plaintiff submitted the 2 USM-285 forms but failed to file the copies of the complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff 2 USM-284 forms, one summons, an instruction sheet and a copy of the complaint filed October 13, 2015;

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the completed USM-285 forms and three copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in the dismissal of this action.

Dated: April 7, 2016

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

spri2131.8f