1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **CIRON SPRINGFIELD,**                     Case No. 2:15-cv-2131 KJN P

                                    Plaintiff,  **ORDER**
13

14                   v.

15   **G. HUNTINGTON, et al.,**

16                                  Defendant.

17

18        Plaintiff is a state prisoner, proceeding without counsel.  This action was referred to the

19   post-screening ADR project and stayed for 90 days, which will expire on October 4, 2016.

20   Defendants filed a request for extension of the stay based on the December 13, 2016 settlement

21   conference.  Good cause appearing, IT IS HEREBY ORDERED that:

22        1.  Defendants' request for an extension of the stay (ECF No. 18) is granted.

23        2.  This case is stayed until after the December 13, 2016 settlement conference.

24   Defendants' deadline to respond to plaintiff's complaint will be reset, if appropriate, after the

25   settlement conference.

26   Dated:  October 11, 2016

27

28   /spri2131.extsty

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE