UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRON B. SPRINGFIELD, | No. 2:15-cv-2131 KJN P |
| Plaintiff, | |
| v. | ORDER |
| L. BENDER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On December 13, 2016, the undersigned held a settlement conference, during which the parties reached a settlement. The court read the terms of the settlement on the record to which the parties agreed. On March 1, 2017, and July 11, 2017, plaintiff requested that the court enforce the settlement. As of July 9, 2017, plaintiff states he had not received the settlement proceeds. (ECF No. 25.)

The undersigned has reviewed the terms of the settlement placed on the court record. The record reflects that all parties agreed to the terms of the settlement in open court, and the undersigned confirmed that the settlement proceeds would first be applied against the restitution owed by the plaintiff, acknowledging that plaintiff owes more in restitution than the settlement proceeds he will receive. The undersigned advised that payment can take up to six months; typically it was running three to four months, but if there were "a budget shutdown or something

////

it could take longer." (ECF No. 27 at 3.)  Plaintiff was encouraged to contact defense counsel if six months passed without payment.

On August 15, 2017, counsel for defendants filed a response, confirming payment of the settlement proceeds on March 3, 2017, which were posted to plaintiff's trust account on March 23, 2017, but were applied to plaintiff's outstanding restitution balance as provided in the settlement agreement.  Defendants' counsel also provided to plaintiff a copy of the transcript from the settlement hearing, as well as a copy of plaintiff's trust account statement reflecting payment of the settlement proceeds.

Because the settlement comports with the agreement placed on the court record, plaintiff's requests to enforce the settlement are denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's requests for enforcement of the settlement agreement (ECF Nos. 24, 25) are denied.

Dated:  August 30, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/spri2131.setenf